# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEMETRIUS BAILEY,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL CLARK,<br><br>        Defendant. | Civil Action No. 17-198 Erie |

## MEMORANDUM ORDER

This prisoner civil rights action was received by the Clerk of Court on July 19, 2017 and was referred to United States Magistrate Judge Lisa Pupo Lenihan for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D. The magistrate judge's report and recommendation, issued on January 9, 2018, recommended that Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 3) be denied in accordance with 28 U.S.C. §1915(g) and that this case be closed until such time as Plaintiff pays the full $400.00 filing fee. Service was made on the Plaintiff at his most recent address of record, and objections were due on or before January 26, 2018. No objections were filed. After *de novo* review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 31st day of January, 2018,

IT IS HEREBY ORDERED that the Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 3) is DENIED, and this case shall remain CLOSED until such time as Plaintiff pays the full $400.00 filing fee. The report and recommendation of Magistrate Judge Lenihan, issued on January 9, 2018, is adopted as the opinion of this Court.

1

*signature*

MARK R. HORNAK
United States District Judge

cc/ecf:	Lisa Pupo Lenihan
U.S. Magistrate Judge

Demetrius Bailey
CP-7819
SCI Albion
10745 Route 18
Albion, PA 16475